BEFORE THE THIRD DIVISION, NOVEMBER 21, 1961

No. 66222.—S. H. Kress & Company v. United States, protest 59/23341 (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise described on the entry papers as "#J12T, Salad Bowl 7¼ inches," consists of earthenware salad bowls, the claim of the plaintiff was sustained.

No. 66223.—Johnny Barton, Inc., and Hoffman Import & Distributing Co. v. United States, protests 60/27132 and 60/27364 (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 66224.—J. J. Newberry Co. v. United States, protest 60/26590(B) (New York).

RICHARDSON, J. At the trial, it was stipulated that a clerical error was made in the liquidation of the entry and that the total correct duty is, in fact, $987. Accordingly, the collector was directed to reliquidate the entry. *United States* v. *Woodward-Newhouse Co.* (11 Ct. Cust. Appls. 284, T.D. 39100), followed.